AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

KEVIN MCGARRY, LLC; and KEVIN MCGARRY, )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 6:17cv315-or1-31TBS
)
BUCKET INNOVATIONS, LLC; GLOBAL )
CONSUMER INNOVATIONS, LLC; HIGH WATER )
FLOOD GROUP, INC.; CASEY HOLDER; BRIAN )
O'LEARY; DAVID QUINN; and RON GERMAN, )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    High-Water Flood Group, Inc.
    Attn: Brooke Railey, Registered Agent
    2189 Cleveland Street
    Unit 201
    Clearwater, FL 33765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Coleman W. Watson, Esq.
    Watson LLP
    189 S. Orange Avenue
    Ste. 810
    Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/23/2017_____      _____
                                                                                                            *Signature of Clerk or Deputy Clerk*