# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEVIN MCGARRY, LLC and KEVIN MCGARRY,

    Plaintiffs,

v.  Case No: 6:17-cv-315-Orl-31TBS

BUCKET INNOVATIONS, LLC, GLOBAL CONSUMER INNOVATIONS, LLC, HIGH WATER FLOOD GROUP, INC., CASEY HOLDER, BRIAN O'LEARY, DAVID QUINN, RON GERMAN, BUSTER MURPHY, LLC and STEPHEN CRAIG SAWICKI,

    Defendants.

# ORDER

This cause comes before the Court on Counter-Plaintiffs' Dispositive Motion for Final Default Judgment against Counter Defendants (Doc. 74) filed June 8, 2018.

On June 19, 2018, the United States Magistrate Judge issued a report (Doc. 75) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Counter-Plaintiffs' Dispositive Motion for Final Default Judgment against Counter Defendants is **DENIED**.

3. Defendants' counterclaims, Counts I through XI, are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

4. The Clerk is directed to terminate any pending motions and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 9, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party